```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10
11  MICHAEL DEWAYNE ALLEN,        )   NO. CV 11-10657-DMG(E)
                                  )
12           Plaintiff,           )
                                  )
13       v.                       )   ORDER ACCEPTING FINDINGS,
                                  )
14  C.O. MOZ, et al.,             )   CONCLUSIONS AND RECOMMENDATIONS
                                  )
15           Defendants.          )   OF UNITED STATES MAGISTRATE JUDGE
    _____ )
16
17
18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Complaint, all of the records herein and the attached Report and
20  Recommendation of United States Magistrate Judge.  The Court accepts
21  and adopts the Magistrate Judge's Report and Recommendation.
22
23       IT IS ORDERED that Judgment shall be entered dismissing the
24  action without prejudice.
25  ///
26  ///
27  ///
28  ///
```

1      IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff.

4 DATED: March 26, 2013

                                                _____
                                                    DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE